AD DEUM SUBDIVISION HOME-OWNERS ASSOCIATION PLATS 3, 4, 5, and 6, by and through Joseph HUNT, Shawn Archambault, Traci Knoppe, Trustees, Appellants,

v.

James M. POTTER, et al., Respondents.

No. ED 75528.

Missouri Court of Appeals,
Eastern District,
Union Division.

Nov. 9, 1999.

Louis B. Eckelkamp, III, Washington, for appellant.

Timothy J. Melenbrink, Union, for respondent.

Before: RHODES RUSSELL, C.J., WILLIAM H. CRANDALL, Jr., J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Homeowners appeal the trial court's denial of a permanent injunction which would have prevented a chain being placed across a roadway in their subdivision.

No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the judgment of the trial court pursuant to Rule 84.16(b).